| 1. Person Reporting (last name, first, middle initial)<br><br>Whyte, Ronald M. | 2. Court or Organization<br><br>Northern District California | 3. Date of Report<br><br>05/16/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

7. Chambers or Office Address

U.S. District Court
280 S. First Street
San Jose, CA 95113

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Santa Clara Law School IP Advisory Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/16/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Circuit Bar Ass0c. | 05/06/2015-05/08/2015 | Wilmington, Delaware | Federal Circuit Bar Conference | Reimbursement for food, travel and lodging |
| 2. | Federal Circuit Bar Ass0c. | 06/21/2015-06/23/2015 | Irvine, California | Federal Circuit Bar Conference | Reimbursement for food , travel and lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/16/2016 |

7. _____

8. _____

9. _____

10. _____

11. _____

12. _____

13. _____

14. _____

15. _____

16. _____

17. _____

18. _____

19. _____

20. _____

21. _____

22. _____

23. _____

24. _____

25. _____

26. _____

27. _____

28. _____

29. _____

30. _____

31. _____

| Name of Person Reporting | Date of Report |
|---|---|
| **Whyte, Ronald M.** | 05/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. California Water Bond due 2016 | A | Interest | J | T | | | | | |
| 2. California Water Bond due 2018 | A | Interest | J | T | | | | | |
| 3. Templeton Foreign Fund | A | Dividend | K | T | Sold (part) | 11/29/15 | K | C | T |
| 4. Prudential CA Muni Frind | B | Dividend | L | T | | | | | |
| 5. Pax World Fund | E | Dividend | M | T | | | | | |
| 6. First Eagle (Sogen) International Fund | D | Dividend | N | T | | | | | |
| 7. Bank of the West Acct | A | Interest | J | T | | | | | |
| 8. Bank of the West Acct | A | Interest | J | T | | | | | |
| 9. Condo, Blaine County, Ketchum, ID | D | Rent | N | S | | | | | |
| 10. Calamos Investment Trust Growth Fund | E | Distribution | M | T | | | | | |
| 11. von Weise Properties, LLC | E | Distribution | M | W | | | | | |
| 12. Oppenheimer Dev Mrks Fd | A | Dividend | K | T | | | | | |
| 13. ML Bank Deposit | A | Interest | N | T | | | | | |
| 14. Jackson Nat. Life Ins. Co. Tax Deferred Annuity | D | Interest | M | T | | | | | |
| 15. Fremont CA Un High Sch Bond | B | Interest | K | T | | | | | |
| 16. Alameda Corridor Tran Bond | | None | L | T | | | | | |
| 17. San Jose Redev Agy Bond | C | Interest | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Dreyfus Appreciation Fund | E | Dividend | K | T | Sold (part) | 10/06/15 | L | E | T |
| 19. Bank of America RASP) | A | Interest | M | T | | | | | |
| 20. Pimco Short Term Fd. | A | Dividend | J | T | Sold (part) | 05/08/15 | K | D | T |
| 21. Blackrock Global Alloc. Fund | D | Dividend | M | T | | | | | |
| 22. iShares Barclays 1-3 Year Credit | A | Dividend | | | Sold | 10/29/15 | K | A | T |
| 23. iShares Barclays 1-3 Treas. | A | Dividend | | | Sold | 05/08/15 | K | A | T |
| 24. Ivy Asset Strategy Fd | C | Dividend | L | T | | | | | |
| 25. Merck Hard Currency Fd | | None | | | Sold | 10/06/15 | K | A | T |
| 26. Pimco Commody RR Strat. | A | Dividend | J | T | Sold (part) | 10/29/15 | J | A | T |
| 27. Sector SPDR Utilities | B | Dividend | K | T | | | | | |
| 28. SPDR Gold Trust | | None | | | Sold | 10/29/15 | K | A | T |
| 29. SPDRS P Div ETF | C | Dividend | K | T | Sold (part) | 11/10/15 | L | E | T |
| 30. Vanguard MSCI Emerg | | None | | | Sold | 12/10/15 | J | A | T |
| 31. Wisdomtree Inv. Inc. (now Wisdom Tree Emerging Currency) | | None | | | Sold | 05/12/15 | J | A | T |
| 32. ML Bank Deposit | A | Interest | J | T | | | | | |
| 33. ETFS Physical Prec. Metal | | None | J | T | | | | | |
| 34. First Trust Index Global Nat. Res. Inc. (FTRI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Whyte, Ronald M. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. SPDR BD Int. Govt. Infl | A | Dividend | J | T | Sold (part) | 10/06/15 | K | A | T |
| 36. Blackrock Muni | B | Dividend | K | T | | | | | |
| 37. Healthcare Select SPDR | A | Dividend | K | T | Sold (part) | 11/10/15 | K | E | T |
| 38. Sector SPDR Consmrs STPL | B | Dividend | K | T | Sold (part) | 11/10/15 | J | A | T |
| 39. Sector SPDR Industrial Fund | B | Dividend | K | T | | | | | |
| 40. TIAA CRF Retirement Portfolio Fund | A | Interest | K | T | | | | | |
| 41. Guggenheim Bulletshares 2021 Corp. Bd. | A | Dividend | K | T | Buy | 05/08/15 | L | | T |
| 42. Guggenheim Bulletshares 2017 Corp. Bd. | A | Dividend | K | T | Buy | 05/08/15 | L | | T |
| 43. Guggenheim Bulletshares 2020 Corp. Bd. | A | Dividend | K | T | Buy | 05/08/15 | L | | T |
| 44. Guggenheim Bulletshares 2019 Corp. Bd. | A | Dividend | K | T | Buy | 05/08/15 | L | | T |
| 45. Guggenheim Bulletshares 2018 Corp. Bd. | A | Dividend | K | T | Buy | 05/08/15 | L | | T |
| 46. iShares PHLX Semiconductor ETF | A | Dividend | J | T | Buy | 06/11/15 | J | | T |
| 47. iShares PHLX Semiconductor ETF | | None | J | T | Sold (part) | 11/10/15 | J | A | T |
| 48. First Trust INDXX Global Nat. (First Trust ISE Global Copper) (cu) | A | Dividend | J | T | | | | | |
| 49. First Trust INDXX Global Nat. Res. Inc. (FTRI) | A | Dividend | J | T | | | | | |
| 50. Franklin Convertible Securities | A | Dividend | J | T | Buy | 11/10/15 | J | | T |
| 51. iShares NASDAQ Biotech | A | Dividend | J | T | Buy | 10/06/15 | J | | T |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whyte, Ronald M. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. iShares IBOXX $ Invt Grade Corp. Bd. | A | Dividend | K | T | Buy | 11/10/15 | K | | T |
| 53. Prudential Short Term Corp. Bond Fd. Z | A | Dividend | K | T | Buy | 11/10/15 | K | | T |
| 54. Thornburg LTD Term Inc. Fd. CL1 | A | Dividend | L | T | Buy | 10/06/15 | L | | T |
| 55. Vanguard Financials ETF | A | Dividend | K | T | Buy | 11/10/15 | K | | T |
| 56. Vanguard Consumer Discretionary ETF | A | Dividend | K | T | Buy | 10/06/15 | K | | T |
| 57. Vanguard Value ETF | A | Dividend | K | T | Buy | 10/29/15 | K | | T |
| 58. Vanguard Materials ETF | A | Dividend | J | T | Buy | 10/29/15 | J | | T |
| 59. Vanguard Information Tech ETF | A | Dividend | K | T | Buy | 10/29/15 | K | | T |
| 60. Vanguard Telecomm Srvs ETF | A | Dividend | K | T | Buy | 10/29/15 | K | | T |
| 61. Vanguard REIT ETF | A | Dividend | J | T | Buy | 10/29/15 | J | | T |
| 62. Vanguard Intermediate Term Corp. Bd. | A | Dividend | K | T | Buy | 10/06/15 | K | | T |
| 63. Amex. Technology Selct SPDR | | None | | | Buy | 10/06/15 | K | | T |
| 64. Amex. Technology Selct SPDR | | None | | | Sold | 10/29/15 | K | B | T |
| 65. | | | | | | | | | |
| 66. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Whyte, Ronald M.** | 05/16/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Item 9: Ketchum ID condo's assessed value is $296,888

Item 14 of Part VII: Jackson National Life Insurance Co. has advised that this annuity is a fixed, tax deferred annuity.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald M. Whyte**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544